UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| JOYCE WALKER; KIM BRUCE HOWLETT; MURIEL SPOONER, on behalf of themselves and all others similarly situated,<br><br>        Plaintiffs-Appellants,<br><br>v.<br><br>LIFE INSURANCE COMPANY OF THE SOUTHWEST, a Texas corporation,<br><br>        Defendant-Appellee. | No.   15-55809<br><br>D.C. No. 2:10-cv-09198-JVS-RNB Central District of California, Los Angeles<br><br><br>ORDER |

Before: SCHROEDER, PREGERSON, and MURGUIA, Circuit Judges.

The memorandum disposition filed on March 3, 2017 is amended as follows:

Replace the following text on p. 4, lines 2-5:

Although LSW may not have made any express disclaimer or guarantee of the charges' reduction or disappearance, there is no indication that this depiction was a "substantial factor" that influenced the Plaintiffs' decision to purchase their policies.

With:

Although LSW may not have made any express disclaimer or guarantee of the charges' reduction or disappearance, there is no realistic possibility that this depiction was a "substantial factor" that influenced the Plaintiffs' decision to purchase their policies.

With this amendment, the petition for panel rehearing is denied.

No further petitions shall be entertained.